# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**JOSEPH SMITH,**
**Plaintiff**

**vs.** **CASE NO.: 9:22-cv-80590**

**SHAUN JAMES, MARK SOHN,**
**ANDREW BERBEN, and**
**CORY HERNY, Individually,**
**Defendants.**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHAUN JAMES (*#943)*
c/o Boynton Beach Police Department
2100 High Ridge Road
Boynton Beach, FL. 33426

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicole Sauvola-LaMay, Esquire
555 E. Cornett Road
East Tawas, MI. 48730
(561)506-5606 Office
(561)229-0169 Fax
Colelaw36@gmail.com or DLaMayDrive55@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court. *CLERK OF COURT*

Date:

_______________________ _______________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 0

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________ .

u I personally served the summons on the individual at *(place)* ______________________

______________________________ on *(date)* ______________ ; or

u I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

u I served the summons on *(name of individual)* ______________________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________________ on *(date)* ______________ ; or

u I returned the summons unexecuted because ______________________________ ; or

u Other *(specify)*:

.

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*