# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**JOSEPH SMITH,**
    Plaintiff

**vs.**                                                  **CASE NO.: 9:22-cv-80590**

**SHAUN JAMES, MARK SOHN,**
**ANDREW BERBEN, and**
**CORY HERNY, Individually,**
    Defendants.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    SHAUN JAMES (*#943*)
                                               c/o Boynton Beach Police Department
                                               2100 High Ridge Road
                                               Boynton Beach, FL. 33426

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Nicole Sauvola-LaMay, Esquire
                555 E. Cornett Road
                East Tawas, MI. 48730
                (561)506-5606 Office
                (561)229-0169 Fax
                Colelaw36@gmail.com or DLaMayDrive55@gmail.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:
       5/3/2022

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 0

Civil Action No.

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**JOSEPH SMITH,**
    Plaintiff

vs.                                      **CASE NO.: 9:22-CV-80590**

**SHAUN JAMES, MARK SOHN,**
**ANDREW BERBEN, and**
**CORY HERNY, Individually,**
    Defendants.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ANDREW BERBEN (#964)
                                          c/o Boynton Beach Police Department
                                          2100 High Ridge Road
                                          Boynton Beach, FL. 33426

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Nicole Sauvola-LaMay, Esquire
                555 E. Cornett Road
                East Tawas, MI. 48730
                (561)506-5606 Office
                (561)229-0169 Fax
                Colelaw36@gmail.com or DLaMayDrive55@gmail.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   5/3/2022

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 0

Civil Action No.

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**JOSEPH SMITH,**
    Plaintiff

**vs.**　　　　　　　　　　　　　　　　**CASE NO.: 9:22-cv-80590**

**SHAUN JAMES, MARK SOHN,**
**ANDREW BERBEN, and**
**CORY HERNY, Individually,**
    Defendants.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CORY HERNY (#927)
    c/o Boynton Beach Police Department
    2100 High Ridge Road
    Boynton Beach, FL. 33426

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Nicole Sauvola-LaMay, Esquire
    555 E. Cornett Road
    East Tawas, MI. 48730
    (561)506-5606 Office
    (561)229-0169 Fax
    Colelaw36@gmail.com or DLaMayDrive55@gmail.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:　5/3/2022

Angela E. Noble
Clerk of Court

s/ J. Adams
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 0

Civil Action No.

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**JOSEPH SMITH,**
   Plaintiff

vs.                                                         **CASE NO.: 9:22-cv-80590**

**SHAUN JAMES, MARK SOHN,**
**ANDREW BERBEN, and**
**CORY HERNY, Individually,**
   Defendants.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MARK SOHN (#790)
                                                  c/o Boynton Beach Police Department
                                                  2100 High Ridge Road
                                                  Boynton Beach, FL. 33426

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Nicole Sauvola-LaMay, Esquire
          555 E. Cornett Road
          East Tawas, MI. 48730
          (561)506-5606 Office
          (561)229-0169 Fax
          Colelaw36@gmail.com or DLaMayDrive55@gmail.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____5/3/2022_____

s/ J. Adams
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**SUMMONS**

AO 440 (Rev. 0

Civil Action No.