## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  22-80590-CIV-SMITH

JOSEPH SMITH,

      Plaintiff,

vs.

MARK SOHN, *et al.*,

      Defendants.

_____/

### ORDER GRANTING IN PART DEFENDANTS MARK SOHN, SHAUN JAMES, AND CORY HERNY'S MOTION TO DISMISS

This matter is before the Court on Defendants, Mark Sohn, Shaun James, and Cory Herny's Motion to Dismiss Plaintiff's Amended Complaint ("Motion") [DE 21], Plaintiff's Response [DE 38], and Defendants' Reply [DE 44].  Defendants James, Henry, Sohn, and Andrew Berben are City of Boynton Beach police officers.  Plaintiff filed his Amended Complaint [DE 6] alleging various violations of 42 U.S.C. § 1983 and one state law claim against Defendants.  In Counts I, II, III, and IV, Plaintiff alleges illegal search and seizure in violation of § 1983 against James, Berben, Herny and Sohn, respectively; in Count V, false arrest in violation of § 1983 against James only; in Count VI, malicious prosecution in violation of § 1983 against all Defendants; in count VII, procedural due process in violation of § 1983 against James only, and in Count VIII, state law malicious prosecution against all Defendants.  Berben filed an Answer and Affirmative Defenses in response to Counts II, VI, and VIII.  For the reasons to follow, the Motion is granted in part and denied in part.

Accordingly, it is

**ORDERED** that:

1.     Defendants, Mark Sohn, Shaun James, and Cory Herny's Motion to Dismiss

Plaintiff's Amended Complaint ("Motion") [DE 21] is **GRANTED in part** and

**DENIED in part**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 31st day of March, 2023.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record

2