UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cv-80590

JOSEPH SMITH,

    Plaintiff,

vs.

SHAUN JAMES, MARK SOHN,
ANDREW BERBEN and CORY HENRY,
Individually,

    Defendants.
_____/

## MICHAEL T. BURKE'S MOTION TO WITHDRAW AS COUNSEL

Michael T. Burke requests that the Court enter an order permitting him to withdraw as counsel for Defendant ANDREW BERBEN, and as grounds therefore would show:

1. Effective July 31, 2023, Michael T. Burke has retired from the Law Firm of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A. (Johnson Anselmo).

2. Defendant ANDREW BERBEN will continue to be represented in the above styled action by Johnson Anselmo through Attorney SCOTT D. ALEXANDER.

WHEREFORE, Michael T. Burke requests that the Court enter an order permitting him to withdraw as counsel for Defendant ANDREW BERBEN.

Dated: July 31, 2023

                                        Respectfully submitted,

                                        */s/Michael T. Burke*
                                        Michael T. Burke, Esquire (338771)
                                        Scott D. Alexander (057207)
                                        Burke@jambg.com
                                        Cardona@jambg.com
                                        Alexander@jambg.com
                                        Cintron@jambg.com
                                        Johnson, Anselmo, Murdoch,
                                        Burke, Piper & Hochman, P.A.
                                        2455 East Sunrise Blvd., Suite 1000
                                        Fort Lauderdale, Florida 33304
                                        Telephone: 954-463-0100
                                        *Counsel for Defendant, Berben*

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on the 31st day of July, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
*Counsel for Defendant*
2455 East Sunrise Boulevard, Ste. 1000
Fort Lauderdale, FL 33304
Telephone: 954-463-0100

BY*: /s/Michael T. Burke*
   MICHAEL T. BURKE
   Florida Bar No. 338771

**SERVICE LIST**

Nicole Sauvola-LaMay, Esq.
555 E. Cornett Road
East Tawas, MI 48730
Telephone: 561-506-5606
Colelaw36@gmail.com
DLamayDrive55@gmail.com
*Atty. for Plaintiff*

Lourdes E. Wydler, Esq.
Wydler Law
2600 Douglas Road, PH-4
Coral Gables, FL 33134
(305) 446-5528
lew@wydlerlaw.com
afd@wydlerlaw.com
dinah@wydlerlaw.com
guertty@wydlerlaw.com
oem@marrerolegal.com
*Attys. for Shaun James*

Benjamin Lawrence Bedard, Esq.
Stephanie W. Kaufer, Esq.
Roberts Reynolds Bedard & Tuzzio
470 Columbia Drive, Bldg. C-101
West Palm Beach, FL 33409-0709
(561) 688-6560
bbbedard@rrbpa.com
skaufer@rrbpa.com
service_BLB@2rrbpa.com
*Attys. for Mark Sohn*

Don Stephens, Esq.
Olds & Stephens, P.A.
312 – 11th Street
West Palm Beach, FL 33401
(561) 832-6814
dstephens@oslegal.com
*Atty. for Cory Henry*