UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cv-80590

JOSEPH SMITH,

    Plaintiff,

vs.

SHAUN JAMES, MARK SOHN,
ANDREW BERBEN and CORY HENRY,
Individually,

    Defendants.
_____/

**DEFENDANTS' MOTION TO SUSPEND REMAINING PRETRIAL
DEADLINE PENDING RESOLUTION OF DEFENDANTS'
MOTION ASSERTING QUALIFIED IMMUNITY**

Defendants, by and through undersigned counsel, move for the entry of an Order suspending the remaining pretrial deadline pending resolution of Defendants' Motion For Summary Judgment asserting Qualified Immunity, and state:

1.    This is a Fourth Amendment false arrest, illegal search and seizure, and malicious prosecution action filed against law enforcement officers employed by the City of Boynton Beach. While Plaintiff has framed numerous causes of action, essentially this case hinges upon some clearly identified legal issues, which are: (1) probable cause/arguable probable cause to effect a stop and make an arrest; (2) probable cause/arguable probable cause to initiate a vehicle search; and (3) the viability of the discovery of illegal narcotics as against the individual K9 handler.

2.    Pursuant to the Court's pretrial schedule, dispositive motions were due to be filed on January 27, 2023; and all other pretrial motions and memoranda, including motions in limine

by August 25, 2023. The parties complied with these deadlines and filed their motions on time. (DE 56, 57). The briefing for Defendants' Motion for Summary Judgment closed on April 28, 2023, after extensions were sought and obtained. Thereafter, on July 24, 2023, the Court *sua sponte* continued the trial to the two-week period commencing October 23, 2023, and established September 15, 2023 as the deadline for the Joint Pretrial Stipulation, deposition designations, counter-designations, proposed joint jury instructions, proposed verdict form and/or proposed findings of fact and conclusions of law.

3. The legal work needed to accomplish the requirements of the final pretrial deadline is quite extensive, and will be significantly borne by the City of Boynton Beach, which has retained four (4) separate law firms to represent the individual officers.

4. In light of the pending Motion for Summary Judgment, and in particular one asserting the defense of qualified immunity, Defendants respectfully request that the Court suspend the remaining pretrial deadline of September 15, 2023, and instead permit Defendants seven (7) days to fulfill that deadline upon the disposition of the pending summary judgment motion, presuming it does not conclude the case and no interlocutory review is sought.

5. **Local Rule Certification:** Plaintiff opposes the relief requested herein, and presumably will be submitting his proposed jury instructions, verdict form and deposition designations on or before September 15, 2023.

WHEREFORE, Defendants respectfully move for the suspension of the remaining pretrial deadline.

<u>**MEMORANDUM OF LAW**</u>

In *Gonzalez v. Reno*, 325 F.3d 1228 (11th Cir. 2003), the Eleventh Circuit reiterated that

because qualified immunity is an entitlement not to stand trial or **face the other burdens of litigation**, it should be resolved at the earliest possible stage in civil rights litigation. Due to the critical nature of this immunity, appellate courts have interlocutory jurisdiction over legal issues that are the basis for the denial of qualified immunity. *Mitchell v. Forsyth*, 472 U.S. 511, 530 (1985). The pending Motion for Summary Judgment raises legal issues.

Since it would require all parties to expend significant time and resources to complete the remaining pretrial requirements, the parties respectfully request that the Court suspend the subject deadline. The parties have met the Court's pretrial schedule and litigated this case diligently.

Respectfully submitted,

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
*Attorneys for Defendant, Berben*
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
Tel: 954-463-0100


By:*/s/Scott D. Alexander* (FBN 057207)
Burke@jambg.com / Cardona@jambg.com
Alexander@jambg.com / Cintron@jambg.com

MARRERO & WYDLER, P.A.
*Attorneys for Defendant, James*
2600 Douglas Road
Suite PH-4
Coral Gables, FL 33134
Tel: 305-446-5528

By:*/s/Lourdes Espino Wydler* (FBN 719811)
lew@marrerolegal.com

OLDS & STEPHENS
*Attorneys for Defendant, Herny*
312 11th Street
West Palm Beach, FL 33401
Tel: 561-832-6814


By:*/s/Don Stephens* (FBN 0604208)
dstephens@oslegal.com

ROBERTS, REYNOLDS, BEDARD &
TUZZIO, P.A.
*Attorneys for Defendant, Sohn*
470 Columbia Drive
Building C-101
West Palm Beach, FL 33409

By:*/s/Benjamin L. Bedard* (FBN 983772)
By:*/s/Stephanie W. Kaufer* (FBN 71116)
bbedard@rrbpa.com
skaufer@rrbpa.com