UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80590-CIV-SMITH

JOSEPH SMITH,

    Plaintiff,

v.

SHAUN JAMES, *et. al.*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 206] on Defendant Mark Sohn's Motion for Bill of Costs [DE 206] and Plaintiff's response in opposition [DE 207]. In her thorough and well-reasoned Report and Recommendation [DE 208], Magistrate Judge Maynard recommends that Mark Sohn's Motion for Bill of Costs [DE 206] be **DENIED WITH PREJUDICE**. No objections have been filed.

The Court has considered the Report and Recommendation, conducted a de novo review, and notes no objections have been filed. Accordingly, Judge Maynard's Report and Recommendation [DE 208] is **AFFIRMED** and **ADOPTED** as the Order of this Court.

**ORDERED** that:

1. Defendant Mark Sohn's Motion for Bill of Costs [DE 206] is **DENIED WITH PREJUDICE**.

2. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 16th day of May 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record